IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EDDIE SANDOVAL,

Plaintiff,

vs.                                   Civil No. 00-1056 WJ/LCS-ACE

UNITED STATES OF AMERICA, DON
WEAVER, JR., RAUL GUARDADO, and
TIMOTHY RHODES,
Defendants.

## MEMORANDUM OPINION AND ORDER

THIS MATTER having come before the Court *sua sponte*, and the Court having been notified that the parties have reached a settlement in this case on appeal (Doc. 136, Stipulation of Dismissal), the Court finds that the Clerk's Order granting Defendant's Motion to Tax Costs **(Doc. 135)**, entered September 30, 2002, has now become MOOT and is therefore VACATED.

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE